128

794 A.2d 325

**Detroy JOHNSON, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Department of Corrections, Appellee.**

No. 166 MAP 2001.

Supreme Court of Pennsylvania.

Feb. 15, 2002.

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of February, 2002, probable jurisdiction is noted and the order appealed is affirmed.